IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01265-RPM

KELLY JORGENSEN and her daughter, K.S.

    Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH; and
JANE JORDAN,

    Defendants.

_____

### STAY ORDER
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    Pursuant to the scheduling conference held today, it is

    ORDERED that all proceedings in this matter are stayed until further order of the Court.

    DATED:   November 22, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge