IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01265-RPM

KELLY JORGENSEN and her daughter, K.S.

    Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH; and
JANE JORDAN,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Parties' Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2), filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

    DATED:   July 1, 2014

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge